THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ARIEL A. NEUMAN (Cal. State Bar No. 241594)
Assistant United States Attorney
Violent & Organized Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2917
    Facsimile: (213) 894-6436
    E-mail:  Ariel.Neuman@usdoj.gov
Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 99-544-FMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: DISMISSAL OF INDICTMENT AGAINST JESUS JAVIER URBINA |
| v. | |
| JESUS JAVIER URBINA, | |
| Defendant. | |

Having considered the government's motion, IT IS HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment against defendant Jesus Javier Urbina in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

_May 2, 2008_
DATE

_/s/ Florence Marie Cooper_
THE HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

Presented By:

    /s/
ARIEL A. NEUMAN
Assistant United States Attorney